**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1196**

In re:  DANIEL R. SAWYER,

Petitioner.

On Petition for Writ of Mandamus.
(Nos. 3:05-cr-00229-RJC-1; 3:12-cv-00193-RJC)

Submitted:  April 18, 2013            Decided:  April 22, 2013

Before WILKINSON, GREGORY, and DAVIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Daniel R. Sawyer, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel R. Sawyer petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2006) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has dismissed the motion. Accordingly, because the district court has recently decided Sawyer's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>PETITION DENIED</u>